**Fill in this information to identify the case:**

Debtor name: Prince Fashions, Inc.

United States Bankruptcy Court for the: Southern District of New York (State)

Case number (If known): 19-23079-Rdd Chapter ___

*Amended*

☒ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease commenced in 1980 through 2179. | 542 Holding Corp., 542 Broadway, New York, NY 10012 |
| | State the term remaining | 160 years | 60G 542 Broadway Owner LLC, 370 7th Ave., Suite 1400, New York, NY 10001 |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Tenant/tenancy | OMG/The Jeans Store |
| | State the term remaining | 10 years | 542 Broadway |
| | | | 408 Broadway |
| | | | New York NY 10012 |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G        Schedule G: Executory Contracts and Unexpired Leases        page 1 of ___