UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

PRINCE FASHIONS, INC.,

Debtor.

Chapter 11

Case No. 19-23079-rdd

**CERTIFICATE OF SERVICE**

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

1. I am over 18 years of age, reside in New York, New York and I am not a party to this proceeding.

2. On September 26, 2019, I served the *Debtor's Motion Pursuant to 11 U.S.C. § 1121(D) Extending the Exclusive Periods Within Which it May File a Plan of Reorganization and Solicit Acceptances Thereto* [Doc. No. 27], upon the parties whose names and addresses are set forth on the annexed service list, by regular first-class mail by depositing true copies of same in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
      October 1, 2019

                                                 Paris Gyparakis

## Service List

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014-9449
Attn: Paul K. Schwartzberg, Esq.

Robinson Brog Leinwand Greene
  Genovese & Gluck P.C.
Attorneys for 60G 542 Broadway Owner, LLC
875 Third Avenue, 9th Floor|
New York, NY 10022-0123
Attn: Steven Eichel, Esq.

Prince Fashions, Inc.
10 Pershing Ave #PD
Yonkers, NY 10705-3631
Attn: Mr. Doron Zabari

Cohen, Labarbera & Landrigan LLP
99 Brookside Ave.
Chester, NY 10918-1033
Attn: Mr. Ronald Cohen

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Herrick Feinstein LLP
Two Park Ave
New York, NY 10016-9302
Attn: Scott E. Mollen, Esq.

Melito & Adolfsen, P.C.
233 Broadway
New York, NY 10279-2800
Attn: Louis G. Adolfsen, Esq.

Warshaw Burstein LLP
555 Fifth Ave
New York, NY 10017-2456
Attn: Bruce H. Wiener, Esq.