**ROSEN & ASSOCIATES, P.C.**
*Counsel to the Debtor*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen
Paris Gyparakis

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE FASHIONS, INC.,<br><br>                                    Debtor. | Chapter 11<br><br>Case No. 19-23079-rdd |

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE**, that the hearing on the *Debtor's Motion, Pursuant to 11 U.S.C. § 1121(d), Extending the Exclusive Periods Within Which it May File a Plan of Reorganization and Solicit Acceptances Thereto* [Doc. No. 27], originally scheduled for October 9, 2019 at 10:00 a.m., has been adjourned to **October 18, 2019 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Robert D. Drain, in Courtroom 118 of the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

Dated:  New York, New York
            October 8, 2019

                                                                        **ROSEN &ASSOCIATES, P.C.**
                                                                        *Counsel to the Debtor*

                                                                        _____
                                                                                Paris Gyparakis

                                                                        747 Third Avenue
                                                                        New York, NY 10017 2803
                                                                        (212) 223-1100