**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE FASHIONS, INC.,<br><br>                               Debtor. | Chapter 11<br><br>Case No. 19–23079 (RDD) |

### CERTIFICATE OF SERVICE

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

    1.    I am over 18 years of age, reside in New York, New York and I am not a party to this proceeding.

    2.    On November 27, 2019, I served a copy of the *Debtor's Response in Opposition to Supplement to and Renewal of 60G 542 Broadway Owner, LLC's Motion to Dismiss or, in the Alternative, for Stay Relief* [Doc. No. 45] upon the parties whose names and addresses are set forth on the annexed service list by regular first-class mail, by depositing true copies of same, enclosed in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
       November 29, 2019

                                                            Paris Gyparakis

## Service List

Robinson Brog Leinwand Greene et al.
Counsel to 60G 542 Broadway Owner, LLC.
875 Third Avenue, 9th Fl.
New York, NY 10022-0123
Attn: Steven B. Eichel, Esq.

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014-9449
Attn: Paul K. Schwartzberg, Esq.

Herrick Feinstein LLP
Two Park Ave
New York, NY 10016-9302
Attn: Scott E. Mollen, Esq.

Warshaw Burstein LLP
555 Fifth Ave
New York, NY 10017-2456
Attn: Bruce H. Wiener, Esq.

Melito & Adolfsen
233 Broadway
New York, NY 10279-2800
Attn: Louis G. Adolfsen, Esq.

Cohen, Labarbera & Landrigan LLP
99 Brookside Ave.
Chester, NY 10918-1033
Attn: Ronald Cohen, Esq.
        Tom Landrigan, Esq.

Internal Revenue Service
Department of the Treasury
P.O. Box 7346
Philadelphia, PA 19101-7346