**ROSEN & ASSOCIATES, P.C.**
*Counsel to the Debtor and Debtor*
  *in Possession*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen
Paris Gyparakis

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> PRINCE FASHIONS, INC., <br><br>                                  Debtor. | Chapter 11 <br><br> Case No. 19-23079 (RDD) |

### NOTICE OF HEARING ON DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 1121(d) EXTENDING THE EXCLUSIVE PERIODS WITHIN WHICH IT MAY FILE A PLAN OF REORGANIZATION AND SOLICIT ACCEPTANCES THERETO

**PLEASE TAKE NOTICE** that a hearing on the *Debtor's Motion Pursuant to 11 U.S.C. § 1121(d) Extending the Exclusive Periods Within Which it May File a Plan of Reorganization and Solicit Acceptances Thereto* dated December 9, 2019 [Doc. No. 50] (the "**Motion**") will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, in Courtroom 118 of the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601, on **January 6, 2020 at 10:00 a.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the grounds for such response or

objection with specificity, and shall be filed with this Court electronically in accordance with General Order M-399 (General Order M-399 and the Procedures for Filing, Signing and Verification of Documents by Electronic Means can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of this Court's filing system, and by all other parties in interest on a CD-ROM or other electronic media, preferably in PDF or any Windows-based word processing format, with a hard copy delivered directly to Judge Drain's chambers, and served in accordance with General Order M-399 upon (i) Rosen & Associates, P.C., counsel to the Debtor, 747 Third Avenue, New York, NY 10017, Attn.: Sanford P. Rosen, Esq.; (ii) the Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, NY 10014, Attn.: Paul K. Schwartzberg, Esq.; (iii) all other parties in interest who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure so as to be received no later no later than **December 30, 2019 at 5:00 p.m. (prevailing Eastern Time).**

Dated: New York, New York
     December 11, 2019

           **ROSEN & ASSOCIATES, P.C.**
           *Counsel to the Debtor*

           By: _____
               Paris Gyparakis

           747 Third Avenue
           New York, NY 10017-2803
           (212) 223-1100