UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                                   Case No. 1:18-cv-02367

PRINCE FASHIONS, INC.,                                    **NOTICE OF APPEARANCE**

                Debtor,
------------------------------------------------------------------
PRINCE FASHIONS, INC.,

                Plaintiff

v.

60G 5422 BROADWAY OWNER, LLC, and
542 HOLDING CORP.,

                Defendants.
------------------------------------------------------------------X

       PLEASE TAKE NOTICE, that EMIL A. SAMMAN, a partner at the firm of ROMER DEBBAS LLP, attorneys for defendant 542 HOLDING CORP., hereby files this notice for purpose of receiving ECF alerts via email. This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

Dated: New York, New York
        January 21, 2020

                                        ROMER DEBBAS LLP

                     By:   /s/ Emil A. Samman
                            Emil A. Samman (ES-8784)
                            275 Madison Avenue, Suite 801
                            New York, New York 10016
                            (212) 888-3100