UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

PRINCE FASHIONS, INC.,

Debtor.

Chapter 11

Case No. 19–23049 (RDD)

## CERTIFICATE OF SERVICE

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

1. I am over 18 years of age, reside in New York, New York and am not a party to this proceeding.

2. On February 15, 2022, I served a copy of the *Debtor's Application to Retain Louis Fogel & Associates as Special Counsel to Debtor and Debtor in Possession* and the *Notice of Presentment* thereof [Doc. No. 97], upon the parties whose names and addresses are set forth on the annexed service list by regular first-class mail, by depositing true copies of same in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
      February 15, 2022

                                                     Paris Gyparakis

# SERVICE LIST

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014-9449
Attn: Paul K. Schwartzberg, Esq.

Romer Debbas LLP
*Attorneys for 542 Holding Corp.*
275 Madison Avenue, Suite 801
New York, NY 10016
Attn: Emil A. Samman, Esq.

Herrick Feinstein LLP
Two Park Ave
New York, NY 10016-9302
Attn: Scott E. Mollen, Esq.

Cole Schotz P.C.
*Attorneys for 60G 542 Broadway
  Owner, LLC.*
1325 Avenue of the Americas, 19th Fl.
New York, NY 10019
Attn: Leo V. Leyva, Esq. &
      Nolan E. Shanahan, Esq.

Warshaw Burstein LLP
575 Lexington Avenue
New York, NY 10022
Attn: Bruce H. Wiener, Esq.

Melito & Adolfsen
233 Broadway
New York, NY 10279-2800
Attn: Louis G. Adolfsen, Esq.

Cohen, Labarbera & Landrigan LLP
99 Brookside Ave.
Chester, NY 10918-1033
Attn: Ronald Cohen, Esq.; &
      Tom Landrigan, Esq.

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346