# LOUIS FOGEL & ASSOCIATES

5 NOTTINGHAM ROAD  
ANNANDALE, NJ  08801  
(908) 730-7692  
(908) 730-8355 (FAX)

200 WATER STREET  
SUITE 1403  
NEW YORK, NEW YORK  10038

(212) 944-1580  
(212) 944-1869 (FAX)

LOUIS FOGEL  
DIRECT DIAL: (908) 578-4314  
LOUISFOGEL@LOUISFOGELLAW.COM

**PLEASE REPLY TO NEW JERSEY OFFICE**

May 10, 2024

Honorable Lisa G. Beckerman  
United States Bankruptcy Judge  
United States Bankruptcy Court  
Southern District of New York  
One Bowling Green  
New York, NY 10004

      **Re:**    **Prince Fashions, Inc. v. 60G 542 Broadway Owner, LLC and 542 Holding Corp. - Adv. Pro. No. 19-08714 (LGB)**

Dear Judge Beckerman:

    I am trial counsel to plaintiff Prince Fashions, Inc. in the adversary proceeding referenced above, in which oral argument on the parties' summary judgment motions is scheduled for May 15, 2024, at 10 a.m.  Unfortunately, I am unable to attend the argument in person due to a personal medical condition and must respectfully request the Court's permission to attend the argument remotely.

    I apologize for any inconvenience and thank the Court for its consideration of this request, which is unavoidable.

Respectfully submitted,

*Louis I. Fogel*  
Louis I. Fogel

cc:    All counsel