# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Prince Fashions, Inc.                              CASE NO.: 19–23079–lgb

Social Security/Taxpayer ID/Employer ID/Other Nos.:      CHAPTER:  11
13–2772486

---

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Lisa G Beckerman in this Chapter 11 case.

Prince Fashions, Inc. was dismissed from the case on December 9, 2024 .

Dated: December 9, 2024                              Vito Genna
                                                    Clerk of the Court

United States Bankruptcy Court

Southern District of New York

In re:                                                                                    Case No. 19-23079-lgb

Prince Fashions, Inc.                                                                     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0208-7 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 09, 2024 | Form ID: 131 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Prince Fashions, Inc., 10 Pershing Ave #PD, Yonkers, NY 10705-3631 |
| 7539733 | + | Cohen, Labarbera &, Landrigan LLP, 99 Brookside Ave., Chester NY 10918-1033 |
| 7717621 | + | FARAZ ABBASI, 821 TERRACE AVE, WOODBRIDGE, NJ 07095-3225 |
| 7539731 | + | Herrick Feinstein LLP, Two Park Ave, New York, NY 10016-9302 |
| 7539732 | + | Melito & Adolfsen, 233 Broadway, New York, NY 10279-2000 |
| 8449918 | + | New York State Department of Labor, State Campus Bldg 12 Room 256, United States, Albany, NY 12207 |
| 8037722 | + | Paris Gyparakis, Counsel to the Debtor, Porzio, Bromberg & Newman, P.C., 1675 Broadway, Ste 1810, New York, NY 10019-5820 |
| 7671130 | + | ROMER DEBBAS LLP, Attorneys for 542 HOLDING CORP., 275 Madison Avenue, Suite 801, New York, New York 10016-1101 |
| 7546251 | | ROSEN & ASSOCIATES, P.C., Counsel to the Debtor and, Debtor in Possession, 747 Third Avenue, New York, NY 10017-2803 |
| 7539730 | + | Warshaw Burstein LLP, 575 Lexington Avenue, New York, NY 10022-6102 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: IRS.COM | Dec 10 2024 00:00:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 09 2024 19:03:00 | N.Y. State Dept. Of Taxation And Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Dec 09 2024 19:03:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: USCOURTSEBN@finance.nyc.gov | Dec 09 2024 19:03:00 | New York City Department of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 09 2024 19:03:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USCOURTSEBN@finance.nyc.gov | Dec 09 2024 19:03:00 | Parking Violations Bureau, 210 Joralemon Avenue, Brooklyn, NY 11201-3743 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Dec 09 2024 19:03:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| smg | | Email/Text: DPS-CivilBankruptcy@westchestergov.com | Dec 09 2024 19:03:00 | Westchester County Sheriff's Dept., Room L 217, 110 Dr. Martin Luther King Blvd., White Plains, NY 10601-2519 |
| 7620574 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 09 2024 19:03:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
| 8454584 | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Dec 09 2024 19:03:00 | State of New York, Department of Labor, Unemployment Insurance Division, Governor W. Averell Harriman State Offic, Building 12, Room 256, Albany, NY 12240-0001 |

District/off: 0208-7 User: admin Page 2 of 2
Date Rcvd: Dec 09, 2024 Form ID: 131 Total Noticed: 20
TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | *+ | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 7552475 | * | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christine McCabe | on behalf of Plaintiff Prince Fashions  Inc. cmccabe@rosenpc.com |
| Emil Anthony Samman, Jr | on behalf of Unknown 542 Holding Corp. esamman@boydlawgroup.com  cdrayton@boydlawgroup.com |
| Emil Anthony Samman, Jr | on behalf of Defendant 542 Holding Corp. esamman@boydlawgroup.com  cdrayton@boydlawgroup.com |
| Louis Fogel | on behalf of Plaintiff Prince Fashions  Inc. louisfogel@louisfogellaw.com |
| Nolan E. Shanahan | on behalf of Defendant 60G 542 Broadway Owner  LLC nshanahan@coleschotz.com, ssallie@coleschotz.com |
| Paris Gyparakis | on behalf of Debtor Prince Fashions  Inc. pgyparakis@pbnlaw.com, gyparakispr81087@notify.bestcase.com;gyparakis.parisr@notify.bestcase.com |
| Paris Gyparakis | on behalf of Plaintiff Prince Fashions  Inc. pgyparakis@pbnlaw.com, gyparakispr81087@notify.bestcase.com;gyparakis.parisr@notify.bestcase.com |
| Sanford Philip Rosen | on behalf of Plaintiff Prince Fashions  Inc. srosen@rosenpc.com, RosenSR81087@notify.bestcase.com |
| Sanford Philip Rosen | on behalf of Debtor Prince Fashions  Inc. srosen@rosenpc.com, RosenSR81087@notify.bestcase.com |
| Steven B. Eichel | on behalf of Interested Party 60G 542 Broadway Owner  LLC seichel@leechtishman.com, nmeyers@leechtishman.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 11